# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2020

## NO. 03-19-00424-CV

### NCWPCS MPL 23-Year Sites Tower Holding, LLC, Appellant

### v.

### Austin Independent School District, Appellee

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, SMITH, AND SHANNON**
**AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the trial court on May 24, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.